UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LUVENIA DAVENPORT a/k/a LAVENIA DAVENPORT, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 1: 06cv0330AS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendants | ) ) | |

### *MEMORANDUM OPINION AND ORDER*

This court takes full judicial notice of the record in this case and has before it the Report and Recommendation of United States Magistrate Judge Roger B. Cosbey. The recommendation, comprehensive, detailed and accurate, reaches the correct conclusion. This court now **ADOPTS** the Report and Recommendation of the magistrate judge and thereby **AFFIRMS** the decision of the Commissioner of Social Security in this case. **IT IS SO ORDERED**.

**DATED:** May 17, 2007

> S/ ALLEN SHARP
> **ALLEN SHARP, JUDGE**
> **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein